IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JAN 0 6 2026

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

v.

Criminal No. ~~1:25-CR-~~ 1:26-Cr-3

Violations: 18 U.S.C. § 1791(a)(2)
18 U.S.C. § 1791(b)(1)

STEPHEN PURKS,

Defendant.

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Possession of a Prohibited Object - Methamphetamine)

On or about August 24, 2025, in Preston County, in the Northern District of West Virginia, defendant **STEPHEN PURKS**, an inmate in the custody of the Bureau of Prisons at Federal Correctional Institution Hazelton, possessed a prohibited object, that is, methamphetamine, a schedule II controlled substance, without the knowledge and consent of the warden of said facility, in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(1).

/s/ Andrew R. Cogar
MATTHEW L. HARVEY
United States Attorney

Andrew R. Cogar
Assistant United States Attorney